IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| J.R.B., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:24-cv-185-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| TERRENCE DICKERSON, : | |
| : | |
| Respondent. : | |

## ORDER

On February 14, 2025, Respondent filed a response in opposition (ECF No. 6) to Petitioner's application for habeas relief (ECF No. 1).  Respondent noted that Petitioner had been moved from Stewart Detention Center to a facility in El Paso, Texas, in preparation for Petitioner's removal.  Resp't's Resp. 2, ECF No. 6.  As of April 23, 2025, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System.  U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed April 23, 2025).  Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within seven days.

**SO ORDERED**, this 23rd day of April, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE