# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| Jose Manuel RAMOS BASTIDAS,<br><br>*Petitioner*,<br><br>v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security, *et al.*,<br><br>*Respondents*. | Case No. 4:24-cv-185-CDL-AGH |

## ORDER GRANTING MOTION FOR MODIFICATION OF DEADLINES

Upon consideration of the Parties' Joint Motion for Modification of the Briefing Schedule, and the proposed revised briefing schedule set forth in that motion, the Court **GRANTS** the motion (ECF No. 29) and modifies the briefing schedule as follows:

- Petitioner shall file his motion for additional jurisdictional discovery no later than July 17, 2025.
- Respondents shall file their opposition to Petitioner's discovery motion no later than July 24, 2025.
- Petitioner shall file his reply in support of his discovery motion no later than July 30, 2025

**SO ORDERED**, this 10th day of July, 2025.

                                                  s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE